## Commonwealth ex rel. Green *v.* Morgan, Appellant.

Argued December 6, 1972.

*Henry P. Burke,* with him *William D. Morgan,* for appellant; *Paul A. Barrett,* with him *Russell J. O'Malley,* and *Nogi, O'Malley & Harris,* for appellee.

Order affirmed.

## Commonwealth ex rel. Linette *v.* Linette, Appellant.

Argued December 8, 1972. *Bernard Mendelsohn,* with him *Clarence Mendelsohn,* for appellant; *David M. Kozloff,* with him *Rhoda, Stoudt & Bradley,* for appellee.

Order affirmed.